832

No. 72–1722. Dunham *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 72–1723. Alvarez-Franco *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 72–1725. Pennsylvania Transfer Company of Philadelphia, Inc. *v.* Whinston, District Director of Internal Revenue. C. A. 3d Cir. Certiorari denied.

No. 72–1726. Chamber of Commerce of the United States *v.* Lavine, Commissioner, Department of Social Services of New York, et al. Ct. App. N. Y. Certiorari denied.

No. 72–1732. Center School District No. 58 et al. *v.* Gieringer. C. A. 8th Cir. Certiorari denied.

No. 72–1739. Schroeder et ux. *v.* Trustees of Schools of Township 42 North, Range 11, East of Third Principal Meridian, Cook County, et al. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 72–6428. Roberts *v.* Kansas. Sup. Ct. Kan. Certiorari denied.

No. 72–6430. Recor *v.* Rose, Warden. C. A. 6th Cir. Certiorari denied.

No. 72–6434. Reese, Administrator *v.* City of Seattle et al. Sup. Ct. Wash. Certiorari denied.

No. 72–6473. Tull *v.* Warden, Maryland Penitentiary. Ct. App. Md. Certiorari denied.